UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION

| | | |
|---|---|---|
| IN RE | § | CASE NO. 11-41599 |
| 3D RESORTS-BLUEGRASS, LLC | § | CHAPTER 11 |
| DEBTOR | § | JUDGE ALAN C. STOUT |

MOTION FOR ADMISSION *PRO HAC VICE*
OF JULIAN M. CARROLL

Comes now, Julian M. Carroll, applicant herein, and moves this Court to grant him admission to appear *pro hac vice* as counsel for 3D Resorts-Bluegrass, L.L.C., the Debtor in the above-styled case, and would respectfully show the Court as follows:

1. Applicant is and has been licensed by the Kentucky Supreme Court to practice law before all courts of the Commonwealth of Kentucky since 1956.

2. Applicant has been admitted to practice the United States District Court for the Western District of Kentucky since 1962.

3. Applicant is and has been a member in good standing with the State Bar of Kentucky and Applicant's State Bar Number is 10680.

4. Applicant is not currently suspended or disbarred by any court or bar association and has never been subject to any grievance proceeding or the subject of any complaint thereto.

5. Applicant has obtained and is familiarizing himself with the Local Rules of the Bankruptcy Court for the Western District of Kentucky.

6. Applicant has not previously requested admission *pro hac vice* to practice before the United States Bankruptcy Court for the Western District of Kentucky.

WHEREFORE, Applicant moves that this Court enter an Order permitting the admission of Julian M. Carroll to the Western District of Kentucky *pro hac vice* for the purpose of participating in the above-styled case and any related proceeding only.

Respectfully submitted,

/s/ *Julian M. Carroll*
Julian M. Carroll
413 Shelby Street
Frankfort, KY 40601
phone (502) 320-2344

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed electronically with the Clerk of the Court on this 18th day of January, 2012, and will be served electronically to the designated CM/ECF participant counsel through the Court's electronic filing system.

/s/ *Julian M. Carroll*
Julian M. Carroll

2